# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DELMAR MOTLEY, | |
| Plaintiff, | 2:11-CV-00455-PMP-RJJ |
| vs. | **ORDER** |
| SANTANDER CONSUMER, | |
| Defendant. | |

Before the Court for consideration is Plaintiff's Motion for Default Judgment (Doc. #6) filed April 21, 2011. A review of the Court's file shows, however, that Plaintiff's Complaint has not been served on Defendant Santander Consumer in compliance with the requirements of Rule 4 of the Federal Rules of Civil Procedure.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Default Judgment (Doc. #6) is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that the Clerk's Entry of Default (Doc. #7) entered April 21, 2011 is hereby **VACATED**.

/ / /

/ / /

/ / /

1  **IT IS FURTHER ORDERED** that Plaintiff Motley shall have to and including 2 <u>**Thursday, June 9, 2011**</u> within which to serve Plaintiff's Complaint on Defendant Santander 3 Consumer in full compliance with the requirements of Rule 4 of the Federal Rules of Civil 4 Procedure.

5  DATED: April 25, 2011.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE