UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DELMAR MOTLEY, | 2:11-CV-455-PMP-RJJ |
| Plaintiff, | |
| vs. | **ORDER** |
| SANTANDER CONSUMER, | |
| Defendant. | |

The Court having read and considered Plaintiff's Motion for

Reconsideration (Doc. #32) filed September 16, 2011, and Defendant's Response in

Opposition thereto (Doc. #33) filed September 30, 2011, and good cause appearing,

**IT IS ORDERED that** Plaintiff's Motion for Reconsideration (Doc. #32)

is **DENIED**.

DATED:  October 5, 2011.

_____
PHILIP M. PRO
United States District Judge